**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  03-RB-0642 (BNB)

VIC BARBISH PERSONAL GEMS, INC., et al.,

    Plaintiffs,

v.

O. OTIS BAKKE, and
PETER SPECKMAN, JR.,

    Defendants.

**ORDER DISMISSING CLAIMS AGAINST DEFENDANTS
BAAKE AND SPECKMAN AND DISMISSING THIS CASE**

**Blackburn, J.**

This matter is before me on the court's own motion.  On September 8, 2003, I ordered the plaintiffs to show cause why their claims against defendants O. Otis Bakke and Peter Speckman, Jr. should not be dismissed without prejudice and pursued in the bankruptcy proceedings concerning Bakke and Speckman.  Both Bakke and Speckman have filed notices that they filed bankruptcy petitions.  Bakke has stated that he was granted a discharge.  Speckman filed a Chapter 13 bankruptcy and he says the automatic stay still is in effect as to Speckman.  None of the plaintiffs has filed any response to the order to show cause.  Further, none of the plaintiffs has claimed they filed anything indicating that they received relief from the bankruptcy stay, or an order excepting the plaintiffs' claims from discharge under the Bankruptcy Code,

in either Bakke or Speckman's bankruptcy proceedings. All of the other defendants have been dismissed from this case.

Since September 8, 2003, the only filing made by any of the plaintiffs is plaintiff Victor Barbish's motion for extension of time [#104], filed November 10, 2004. That motion concerned a hearing set by Magistrate Judge Boland, and did not concern the order to show cause.

Under these circumstances I conclude that any efforts by the plaintiffs to pursue their claims against Bakke and Speckman in this case are prohibited by the automatic stay in effect in Speckman's bankruptcy proceeding, and by the discharge granted to Bakke in his bankruptcy proceeding. Further, I conclude that the plaintiffs' claims against Bakke and Speckman should be dismissed due to the plaintiffs' failure to prosecute those claims. FED. R. CIV. P. 41(b). Bakke and Speckman are the last remaining defendants in this case.

**THEREFORE, IT IS ORDERED** as follows:

**1.** That the plaintiffs' claims against defendants O. Otis Bakke and Peter Speckman, Jr. are **DISMISSED** without prejudice;

**2.** That **JUDGMENT SHALL ENTER** in favor of defendants Walter, Constan, Alexander, and Green, P.C., and Alston & Bird, L.L.P., and against the plaintiffs under the terms of my order [# 99] granting the motion for summary judgment of defendants Walter, Constan, Alexander, and Green, P.C., Alston & Bird, L.L.P.;

**3.** That the defendants named in the plaintiffs' Complaint and Amended Complaint are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to FED. R. CIV. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

-3-

**4.** That this case is **DISMISSED**.

Dated June 20, 2005, at Denver, Colorado.

                              BY THE COURT:

                              /s   Robert E. Blackburn
                            Robert E. Blackburn
                            United States District Judge